IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THEODORE HAUGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHABET INC., GOOGLE LLC,<br><br>Defendants. | 1:26-CV-00341-DKW-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 16, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 9, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge